JUDGE SPRIZZO

'08 CIV 4559

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

JANCHART SHIPPING A/S

                         Plaintiff,                    08 CV

-v-

                                                       STATEMENT PURSUANT
                                                       TO F.R.C.P 7.1

LORDS POLYMER (I) PVT. LTD, LORDS BLUE
TECH CO. PVT. LTD., AMIT SAHA, ASIS SAHA,
RAKHI SAHA, and SEEMA SAHA
                        Defendants.
------------------------------------------------------------x

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel of record for Plaintiff, JANCHART SHIPPING A/S, certifies that there are no corporate parents or related companies which are publicly held in the United States.

Dated: Port Washington, New York
       May 16, 2008

                                                CHALOS, O'CONNOR & DUFFY, L.L.P.
                                                Attorneys for Plaintiff
                                                JANCHART SHIPPING A/S

                      By:   _____
                                                George M. Chalos (GC-8693)
                                                366 Main Street
                                                Port Washington, New York 11050
                                                Tel: (516) 767-3600
                                                Fax: (516) 767-3605
                                                Email: gmc@codus-law.com