CLARK, ATCHESON & REISERT
Richard J. Reisert (RR-7118)
Attorneys for Garnishee
Societe Generale New York Branch
7800 River Road
North Bergen, NJ 07047
Tel: (201) 537-1200
Fax: (201) 537-1201

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
JANCHART SHIPPING A/S,                    :
                                          :
                  Plaintiff,              :    08-CV-4559
                                          :
        v.                                :    **NOTICE OF**
                                          :    **APPEARANCE**
LORDS POLYMER (I) PVT. LTD, et al.        :
                                          :
                  Defendants.             :
-----------------------------------------------------------x

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

Please enter my appearance as counsel for Garnishee, Societe Generale New York Branch. I certify that I am admitted to practice before this Honorable Court.

Dated: North Bergen, New Jersey
       June 10, 2008

                                By:    CLARK, ATCHESON & REISERT
                                       Attorneys for Garnishee
                                       Societe Generale New York Branch

                                       _____
                                       Richard J. Reisert (RR-7118)
                                       7800 River Road
                                       North Bergen, NJ 07047
                                       Tel: (201) 537-1200
                                       Fax: (201) 537-1201
                                       Email: reisert@navlaw.com