UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------x
JANCHART SHIPPING A/S,

                           Plaintiff,          08 CV 04559 (JES)

-v-

LORDS POLYMER (I) PT. LTD, LORDS BLUE
TECH CO. PVT. LTD., AMIT SAHA, ASIS SAHA,
RAKHI SAHA, and SEEMA SAHA,

                           Defendants.
----------------------------------------------------------------x

## <u>NOTICE OF CHANGE OF FIRM AFFILIATION & ADDRESS</u>

     **PLEASE TAKE NOTICE** that counsel for Plaintiff, JANCHART SHIPPING A/S,

formerly a Member of the firm, Chalos, O'Connor & Duffy, LLP, has changed his firm

affiliation and address, and provides the Court and all counsel of record with the following

updated contact details:

               Chalos & Co, P.C.
               123 South Street
               Oyster Bay, NY 11771
               Tel:  + 1 516 714 4300
               Fax:  +1 866 702 4577
               Email:  gmc@chaloslaw.com

    The new email address for the undersigned is gmc@chaloslaw.com.

Dated: Oyster Bay, New York      Respectfully submitted,
       June 30, 2008

                                   s/George M. Chalos
                                   CHALOS & CO, P.C.
                                   123 South Street
                                   Oyster Bay, NY 11771
                                   Ph:    516-714 4300
                                   Fax:   866-702-4577
                                   Email: gmc@chaloslaw.com