FILED
8/4/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
JANCHART SHIPPING A/S,

                Plaintiff,         08 CV 4559 (JES)

-v-

                                    **NOTICE OF VOLUNTARY**
LORDS POLYMER (I) PVT. LTD, LORDS BLUE   **DISMISSAL AND ORDER**
TECH CO. PVT. LTD., AMIT SAHA, ASIS SAHA,
RAKHI SAHA, and SEEMA SAHA

                Defendants.
------------------------------------------------------------x

      PLEASE TAKE NOTICE that the above-entitled action is hereby voluntarily dismissed without prejudice by plaintiff, JANCHART SHIPPING A/S, as to all defendants pursuant to Rule 41(a)(1) of the Rules of Civil Procedure for the United States District Courts. Defendants have not appeared, answered, or filed a motion for summary judgment in this action. No costs are to be assessed to any party.

Dated: Oyster Bay, New York
       July 31, 2008

                                    CHALOS & CO, P.C.
                                    Attorneys for Plaintiff
                                    JANCHART SHIPPING A/S

                 By: _____
                                    George M. Chalos (GC-8693)
                                    123 South Street
                                    Oyster Bay, New York 11771
                                    Tel: (516) 714-4300
                                    Fax: (866) 702-4577
SO ORDERED:                        Email: gmc@chaloslaw.com

_____
Hon. John E. Sprizzo, U.S.D.J.

8-1-08